**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 29, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00706-CV

## IN RE PINNACLE HEALTH FACILITIES XV, LP D/B/A/ WOODRIDGE NURSING AND REHABILITATION, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-11057**

## MEMORANDUM OPINION

On August 20, 2015, relator Pinnacle Health Facilities XV, LP D/B/A/ Woodridge Nursing and Rehabilitation filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. On October 23, 2015, relator filed a motion to dismiss its petition for writ of mandamus as moot.

Accordingly, we dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.